IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  v.                               CRIMINAL NO. 1:15CR76
                                      (Judge Keeley)

**JAMES MICHAEL CONLEY,**

       **Defendant.**

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 28) AND SCHEDULING SENTENCING HEARING

On November 4, 2015, the defendant, James Michael Conley ("Conley"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Two of the Indictment. After Conley stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Conley's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Conley was competent to enter a plea, that the plea was freely and voluntarily

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.28) AND SCHEDULING SENTENCING HEARING**

given, that he was aware of the nature of the charge against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On November 5, 2015, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 28) finding a factual basis for the plea and recommended that this Court accept Conley's plea of guilty to Count Two of the Indictment.

He also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Conley's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. JAMES MICHAEL CONLEY**  1:15CR76

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.28) AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of **JAMES MICHAEL CONLEY,** and prepare a presentence report for the Court;

2. The Government and Conley are to provide their versions of the offense to the probation officer by **November 30, 2015**;

3. The presentence report is to be disclosed to Conley, defense counsel, and the United States on or before **January 15, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **January 29, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **February 12, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

USA v. JAMES MICHAEL CONLEY                                  1:15CR76

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE (DKT. NO.28) AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **February 26, 2016.**

The magistrate judge continued Conley on bond pursuant to the Order Setting Conditions of Release (dkt. no. 12) entered on September 14, 2015.

The Court will conduct the sentencing hearing for the defendant on **Tuesday, March 8, 2016** at **10:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: November 16, 2015

>                    /s/ Irene M. Keeley
>                    IRENE M. KEELEY
>                    UNITED STATES DISTRICT JUDGE